[Nos. 28273-2-III; 29308-4-III. Division Three. April 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH EARLYSTAR SAM, *Appellant*.

*In the Matter of the Personal Restraint of* JOSEPH EARLYSTAR SAM, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-1-00611-4, Annette S. Plese, J., entered July 17, 2009, together with a petition for relief from personal restraint. Judgment *reversed in part* and *remanded* and petition *granted* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Brown, J.

[No. 39779-0-II. Division Two. April 8, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. BRAD CHRIS BROWER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-1-00200-7, James W. Lawler, J., entered September 11, 2009. *Reversed* and *remanded with instructions* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.

[No. 40279-3-II. Division Two. April 8, 2011.]

THE STATE OF WASHINGTON, *Appellant*, v. JOSHUA MICHAEL WILSON, *Respondent*.

Appeal from a judgment of the Superior Court for Clallam County, No. 09-1-00490-0, S. Brooke Taylor, J., entered January 5, 2010. *Reversed* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.